# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES LORAINE, | : | Case No. 3:20-cv-389 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

# ORDER

This Social Security disability benefits appeal is presently before the Court on the parties' Joint Motion to Remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. #19. Based upon the stipulation of the parties, and for good cause shown, **IT IS ORDERED THAT:** (1) the Administrative Law Judge's non-disability finding is found unsupported by substantial evidence, and the parties' Joint Motion to Remand (Doc. #19) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

**IT IS SO ORDERED.**

September 1, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge